UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA LAINE,

              Plaintiff,

    v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS,

              Defendant.

Case No. 19-cv-02849-VC

**ORDER GRANTING IFP STATUS
AND DISMISSING CASE SUA
SPONTE FOR LACK OF SUBJECT
MATTER JURISDICTION**

The motion for leave to proceed in forma pauperis (Dkt. No. 3) is granted. However, the case is dismissed sua sponte for lack of subject matter jurisdiction. Because adjudicating Laine's claims would require review of the Department of Veterans Affairs' benefits decisions, this Court lacks subject matter jurisdiction. *See* 38 U.S.C. § 511(a); *Veterans for Common Sense v. Shinseki*, 678 F.3d 1013, 1025–26 (9th Cir. 2012). There may be other appropriate venues for Laine's claims, but he cannot file a lawsuit in federal district court. *See Gila River Indian Community v. U.S. Dept. of Veterans Affairs*, 899 F.3d 1076, 1079 (9th Cir. 2018).

      **IT IS SO ORDERED.**

Dated: May 30, 2019

_____

VINCE CHHABRIA
United States District Judge